IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **IPofA WEST 86TH STREET LLC,** an Indiana Limited Liability Company,<br><br>**Plaintiff,**<br><br>vs.<br><br>**POINT TO POINT EXPRESS, INC., BRICKYARD PROPERTIES, LLC, and TRA-MEL LEASING CORPORATION,**<br><br>**Defendants.** | **8:06CV557**<br><br>**ORDER** |

This matter is before the court on the Suggestion of Bankruptcy (Filing No. 11) filed by the plaintiff. The plaintiff states it filed a Chapter 7 petition for Involuntary Bankruptcy against the defendant Point-to-Point Express, Inc. in the United States Bankruptcy Court, District of Nebraska, 06:81466. Accordingly,

**IT IS ORDERED:**

1. Pursuant to NEGenR 1.5(a)(1) and 28 U.S.C. § 157, this case is referred to the United States Bankruptcy Court for the District of Nebraska.

2. This case shall be terminated for statistical purposes by the Clerk of the Court for the District of Nebraska.

3. The Clerk of the Court for the District of Nebraska shall deliver the court file to the Clerk of the Bankruptcy Court for the District of Nebraska.

DATED this 3rd day of October, 2006.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge