IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IPOFA WEST 86TH STREET, | ) | |
| Plaintiff, | ) | 8:06CV557 |
| v. | ) | |
| POINT TO POINT EXPRESS, INC., BRICKYARD PROPERTIES, and TRA-MEL LEASING CORPORATION, | ) | ORDER |
| Defendants. | ) | |

Before the court is Magistrate Judge Timothy J. Mahoney's Report and Recommendation (Filing No. 13) recommending that this court withdraw the reference to the Bankruptcy Court. At the time the Suggestion in Bankruptcy was filed by plaintiff's counsel on October 2, 2006, there was pending before this court Magistrate Judge Thomas D. Thalken's Report and Recommendation (Filing No. 10) regarding plaintiff's Motion to Remand (Filing No. 6) and defendants' Motion to Change Venue and/or Dismiss (Filing No. 4). Accordingly,

IT IS ORDERED that any objections to either of the above Reports and Recommendations (Filing Nos. 10 and 13) must be filed on or before December 4, 2006. Responses to those objections must be filed on or before December 14, 2006.

DATED this 16th day of November, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge